# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Insurance Company, et al., | No. CV-15-00602-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Philadelphia Indemnity Insurance Company, | |
| Defendant. | |

Pursuant to the Court's prior order (Doc. 139 at 50:18-19),

IT IS ORDERED setting a Status Conference for October 2, 2017 at 2:00 p.m. in Courtroom 605 of the Sandra Day O'Connor United States Courthouse at 401 W. Washington Street in Phoenix, Arizona 85003.

Dated this 11th day of September, 2017.

Honorable Diane J. Humetewa
United States District Judge