Michael J. Raymond – 0009272
mraymond@raymondgreerlaw.com
Daniel W. McCarthy – 013326
dmmcarthy@raymondgreerlaw.com
**Raymond, Greer & McCarthy, P.C.**
7373 N. Scottsdale Road, Suite D-210
Scottsdale, Arizona 85253
(602) 274-0500

Attorneys for Defendant Philadelphia Indemnity Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Insurance Company, and Oxford Investment Partners, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>Philadelphia Indemnity Insurance Company,<br><br>  Defendant. | No. 2:15-cv-00602-PHX-DJH<br><br>**JOINT STATUS REPORT** |

In accordance with the Court Order dated October 2, 2017 [Doc. 141], the parties hereby submit this Joint Status Report and advise the Court of their request for referral to a Magistrate Judge for a settlement conference.

DATED this 23rd day of October, 2017.

                                  RAYMOND, GREER & McCARTHY, P.C.

                                  By   s/ Michael J. Raymond
                                       Michael J. Raymond
                                       Daniel W. McCarthy
                                       7373 N. Scottsdale Road, Suite D-210
                                       Scottsdale, Arizona 85253
                                       Attorneys for Defendant Philadelphia
                                       Indemnity Insurance Company

SANDERS & PARKS, PC

By: s/ Robert J. Bruno (with permission)
    Robert J. Bruno
    Jasmina Richter
    3030 N. 3rd Street, Suite 1300
    Phoenix, AZ  85012
    Attorneys for Philadelphia Insurance Company and Oxford Investment Partners, LLC

-2-