IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Insurance Company, et al., | No. CV-15-00602-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Philadelphia Indemnity Insurance Company, | |
| Defendant. | |

Pursuant to discussion held at the October 2, 2017 Status Conference and the parties' Joint Status Report (Doc. 142) filed on October 23, 2017,

**IT IS ORDERED** referring this matter to **United States Magistrate Judge Bridget S. Bade** for a settlement conference. Counsel are directed to jointly contact the chambers of Judge Bade at (602) 322-7680 or Bade_Chambers@azd.uscourts.gov to schedule a settlement conference to be held on or before **February 23, 2018** and for instructions regarding preparation for the conference.

**IT IS FURTHER ORDERED** that no later than **five (5) working days** after the deadline set forth in the preceding paragraph, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The parties shall promptly notify the Court at any time a settlement is reached.

Dated this 23rd day of October, 2017.

Honorable Diane J. Humetewa
United States District Judge

cc: Judge Bade